UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re | ) | No. 26-10051 CMA |
| RONDA DELAPINA McNAE, | ) | |
| Debtor | ) | Chapter 7 |
| ――――――――――――――――― | ) | |
| | ) | |
| MICHAEL J. FITZGERALD, | ) | Adv. Proc. No. 26-01052 CMA |
| Plaintiff | ) | |
| | ) | |
| v | ) | |
| | ) | |
| RONDA DELAPINA McNAE, | ) | |
| Defendant | ) | |
| ――――――――――――――――― | ) | |

APPLICATION FOR PRO HAC VICE APPEARANCE

Pursuant to Local Civil Rule 83.1(d) of the United States District Court for the Western District of Washington, hereby applies for permission to participate as counsel in the above-entitled bankruptcy action on behalf of the following party or parties: Ronda Delapina McNae and William McNae, her husband. The particular need for my appearance and participation is that I

APPLICATION TO APPEAR PRO HAC VICE

Page 1 of 5

*Law Offices of Walter A. Bernard*
*840 1st Ave., Ste 400*
*King of Prussia, PA 19406*
*(610) 466-5480 // FAX (412) 226-4049*

have represented both the Debtor and her husband in a complicated Federal Speak Out Act, 42 USC Sec. 19401 *et seq*. matter with cases pending in Florida, Washington State, this Bankruptcy Court, and the 9th Circuit Court of Appeals involving the case in chief, collection attempts including executions again certain causes of action and appeals. I also have certain expertise and experience in these matters.

I, Walter Anton Bernard, understand that I am charged with knowing and complying with all applicable rules, including, but not limited to, Local Civil Rule 83.1 of the United States District Court for the Western District of Washington, which requires that I associate with local counsel who shall sign all pleadings prior to filing, and the Local Rules of Bankruptcy Procedure of the Western District of Washington ("LBR"), including LBR 5005-1 which governs electronic filing. I further understand that this application, and my association with local counsel, pertains to the above-captioned matter only. My appearance and participation in other bankruptcy or adversary proceedings before this Court will require a separate pro hac vice application. I have not been disbarred or formally censured by a court of record or by a state bar association. There are no pending disciplinary proceedings against me. I am in good standing with the bar of the States of Pennsylvania and Washington among others.

With this application I will tender the applicable pro hac vice fee to the Office of the Clerk of the Bankruptcy Court via electronic payment.

*[Continued on next page]*

APPLICATION TO APPEAR PRO HAC VICE

Page 2 of 5

*Law Offices of Walter A. Bernard*
*840 1st Ave., Ste 400*
*King of Prussia, PA 19406*
*(610) 466-5480 // FAX (412) 226-4049*

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of June 2026

Walter A. Bernard, WSBA 65089
Law Offices of Walter A. Bernard
840 1st Avenue, Ste. 400
King of Prussia, PA 19406
(610) 466-5480 // FAX (412) 226-4049
Email: walt@waltbernardlaw.com

APPLICATION TO APPEAR PRO HAC VICE

Page 3 of 5

STATEMENT OF LOCAL COUNSEL

I am familiar with the responsibilities of local counsel as set forth in the Local Rules, W.D. Wash. LCR 83.1(d). I am authorized and will be prepared to handle the above-captioned matter, up to and including trial, in the event the applicant, Walter A. Bernard, is unable to be present upon any date assigned by the court. If this application is filed electronically, I understand that the provisions of LBR 5005-1(d)(3) apply and that I am required to retain documentation evidencing the signature of the applicant. I further understand that my obligations as local counsel extend to the above-captioned matter only and that the applicant attorney is required to file an additional pro hac application for appearance and participation in any other bankruptcy or adversary proceedings before this Court.

DATED this ___30th___ day of June 2026:

STERNBERG THOMSON OKRENT & SCHER, PLLC

By:_____
Craig S. Sternberg, WSBA 521
520 Kirkland Way, Ste. 400
P O Box 655
Kirkland, WA 98083
206 386-5438 // FAX 206 374-2868
Email: craig@stoslaw.com

APPLICATION TO APPEAR PRO HAC VICE

Page 4 of 5

*Law Offices of Walter A. Bernard*
*840 1ˢᵗ Ave., Ste 400*
*King of Prussia, PA 19406*
*(610) 466-5480 // FAX (412) 226-4049*